TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*John Mayo*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Mayo,<br><br>             Plaintiff,<br>vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation, and Collections Acquisition Company, Inc. d/b/a Payliance, an Ohio corporation,<br><br>             Defendants. | Case No.:  2:17-cv-00879-JWS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

     Plaintiff, through counsel undersigned, hereby dismisses the within action without prejudice and without costs to either party.

1

|     |                        |                                      |
| --- | ---------------------- | ------------------------------------ |
| 1   |                        | KENT LAW OFFICES                     |
| 2   |                        |                                      |
| 3   | DATED: April 24, 2017  |                                      |
| 4   |                        | By: */s/  Trinette G. Kent*          |
|     |                        | Trinette G. Kent                     |
| 5   |                        | Attorneys for Plaintiff,             |
| 6   |                        | John Mayo                            |