UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Mayo | v. | Experian Information Solutions Incorporated |
| Honorable John W. Sedwick | | 2:17-cv-00879-JWS |
| Order from Chambers | | April 24, 2017 |

_____

The plaintiff filed a notice of voluntary dismissal at docket 8.  The stipulation for extension of time to answer at docket 6 is found to be moot.  The Clerk will please close this case.

_____